IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYLVESTER MILLER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-178-GMS |
| | ) | |
| PERRY PHELPS, Warden, | ) | |
| and ATTORNEY GENERAL | ) | |
| OF THE STATE OF | ) | |
| DELAWARE, | ) | |
| | ) | |
| Respondents. | ) | |

**O R D E R**

WHEREAS, you have filed a form petition for federal habeas corpus relief

pursuant to 28 U.S.C. § 2254 and requested leave to proceed *in forma pauperis* pursuant to 28

U.S.C. § 1915; and

WHEREAS, based on the information you provided, your request to proceed *in*

*forma pauperis* is granted; and

WHEREAS, the Antiterrorism and Effective Death Penalty Act of 1996

("AEDPA"), 28 U.S.C. § 2244, effectively precludes petitioners from filing a second or

subsequent habeas petition except in the most unusual of circumstances; and

WHEREAS, the United States Court of Appeals for the Third Circuit has

mandated that, before ruling on the merits of a your petition, you must be given notice that the

AEDPA applies to your pending petition, *see United States v. Miller*, 197 F.3d 644 (3d Cir.

1999) and *Mason v. Meyers*, 208 F.3d 414 (3d Cir. 2000).

NOW, THEREFORE, IT IS ORDERED this 20th ___ day of May, 2008, that

you must file the attached election form with the court on or before *June 23, 2008*.

Failure to timely return the completed election form will result in the court's ruling on your

pending petition as filed.

_____
United States District Judge

```
FILED

MAY 2 0 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SYLVESTER MILLER,              )
                               )
            Petitioner,        )
                               )
v.                             )          Civil Action No. 08-178-GMS
                               )
PERRY PHELPS, Warden,          )
and ATTORNEY GENERAL           )
OF THE STATE OF                )
DELAWARE,                      )
                               )
            Respondents.       )

## AEDPA ELECTION FORM

1. _____    I wish the court to rule on my § 2254
                 petition as currently pending.  I realize
                 that the law does not allow me to file
                 successive or later petitions unless I
                 receive certification to do so from the
                 United States Court of Appeals for the
                 Third Circuit; therefore, this petition
                 will be my one opportunity to seek federal
                 habeas corpus relief.

2. _____    I wish to amend my § 2254 petition to
                 include all the grounds I have.  I will
                 do so within thirty (30) days.  I realize
                 that the law does not allow me to file
                 successive or later petitions unless I
                 receive certification to do so from the
                 United States Court of Appeals for the
                 Third Circuit; therefore, this amended
                 all-inclusive petition will be my one
                 opportunity to seek federal habeas corpus
                 relief.

3. _____    I wish to withdraw my § 2254 petition
without prejudice to file one all-inclusive
petition in the future; that is, one
that raises all the grounds I have for
federal habeas corpus relief. I realize
this all-inclusive petition must be filed
within the one-year period as defined by
28 U.S.C. § 2244(d). *See Swartz v. Meyers*,
204 F.3d 417 (3d Cir. 2000).

4. _____    I am not seeking federal habeas corpus
relief under § 2254. I am instead seeking
relief under _____.

_____
Petitioner