IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED

JUN 23 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SYLVESTER MILLER,        )
                         )
    Petitioner,          )
                         )
v.                       )     Civil Action No. 08-178-GMS
                         )
PERRY PHELPS, Warden,    )
and ATTORNEY GENERAL     )
OF THE STATE OF          )
DELAWARE,                )
                         )
    Respondents.         )

## AEDPA ELECTION FORM

1. __Yes__   I wish the court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____   I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____   I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See *Swartz v. Meyers*, 204 F.3d 417 (3d Cir. 2000).

4. _____   I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

                                                *Sylvester Miller*
                                   Petitioner



WILMINGTON DE 197

20 JUN 2008 PM 2 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

I/M Sylvester Miller
SBI# 00532865 UNIT E-6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 1997