STATE OF DELAWARE
DEPARTMENT OF JUSTICE
ATTORNEY GENERAL OFFICE



FILED
JUL - 9 2008
BW
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SYLVESTER MILLER,
    Defendant-Below, ) NO. 595, 2007
    Appellant,
V.                                ) Cr. ID NO. 0408012099
STATE OF DELAWARE,
    Plaintiff-Below, ) Civil Action No. 08-178-GMS
    Appellee.

Motion For discovery:
Pursuant to Superior Court Criminal; And Civil Rules: Petitioner is requesting a copy of the original Rule 16 discovery, and Pretrial discovery, leading up to the trial, and conviction of Petitioner; has follow: Petitione have a Constitutional rights to information, affidavit, oral, tape, medical report, scientific DNA testing, warrants, Indictments, And Amended of indictment, Any other evidence that the State was intend to use at trial at the time against Petitioner; written letter or FAX, And E-Mail; witnesses that the State was intend to use at trial lay Person or experts; Petitioner was denied all these information, Rule 16 discovery and Pretrial discovery leading up to the trial and conviction of these false and slanderous offenses; Petitioner try diligent

CC. through the trial court and Public defender offices, and did not recieved them.    Sylvester Miller

Reason for Petitioner to request these information the Public defender was not acting as defense Counsel; (1) He faile to inform his client of the State, and the honorable Court intentions; (2) He faile to disclosure any Rule 16 discovery to Petitioner; (3) Petitioner requesting the original hand written letter that the Police, State Attorney, and defense Counsel claim to be written by Alicia Miller, to be inspected by a hand written expert, and any video taped statements that was made by Alicia Miller; (4) Petitioner is requesting the information, affidavit, statement, warrant that the Grand Jury use to indict Petitioner; (5) Petitioner is requesting the Police original reports, State Attorney file, and defense counsel file that should disclose to Petitioner and was not; (6) Superior. Ct. Crim. R. 16(a) (2). The State's duty of disclosure is not limited to evidence which is exculpatory. The requirement of Pretrial notice, and Production of written reports, is clearly compatible with the spirit of Rule 16. (7) Petitioner requesting all statements made against Petitioner by Fiona Riley oral written, or taped to the State Doctor, Family Service, Police, State Department of, and defense counsel; (8) Fiona Riley was only in the State on a six week visa, She know nothing about Petitioner and his family.
False indictment.

_Sylvester Miller_

## Certificate of Service

I, SYLVESTER MILLER, hereby certify that I have served a true And correct cop(ies) of the attached: Motion For discovery State Department of Justice upon the following parties/person (s):

TO: Department of Justice
State office building
820 N. FRENCH ST
Wilmington, Delaware
19801

TO: Office of the clerk
United States District
Court
844 N. King St, Lock box 18
Wilmington DE 19801

TO: SUPERIOR COURT
COURT REPORTERS'
OFFICE
500 N. King Street, Suite 2609
Wilmington, DE 19801

TO: LAWRENCE M. SULLIVAN
Public defender office
CARVEL State office Building
820 N. FRench St, THIRD FLoor
Wilmington, DE 19801

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 3 day of June ,200__

Sylvester Miller



WILMINGTON DE 197

07 JUL 2008 PM 3 T

I/M Sylvester Miller
SBI# 00532864 UNIT E-G
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S
X-RAY

Legal Mail

Office of the Clerk
United States District Court
844 N. King Street, Lock box 18
Wilmington, DE 19801-3570