CA 08-178 GMS

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 JUL -9 PM 3:29

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 580 |
| Certified Fee | 265 |
| Return Receipt Fee (Endorsement Required) | 215 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 10.70 |

Postmark Here

7007 3020 0000 3324 6494

Sent To: LOREN MEYERS          08178
Street, Apt. No.; or PO Box No.: DEPUTY ATTORNEY GENERAL    GMS
City, State, ZIP+4: DEPARTMENT OF JUSTICE
820 N. FRENCH STREET

PS Form 3800, August 2006          See Reverse for Instructions