CA 08-1786MS



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 5.80 |
| Certified Fee | 265 |
| Return Receipt Fee (Endorsement Required) | 215 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 10.76 |

Postmark Here
9

*Sent To* WARDEN PERRY PHELPS
DELAWARE CORRECTIONAL CENTER
*Street, Apt. No.* 1181 PADDOCK ROAD
*or PO Box No.*
*City, State, ZIP+4* SMYRNA DE 19977

08-178
GMS

7007 3020 0002 3324 6487

PS Form 3800, August 2006                    See Reverse for Instructions



F I L E D

JUL 9 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE